UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JULIA BETANCES

                     Plaintiff,

              -against-

NEW YORK CITY HSNG AUTH.
and TINO HERNANDEZ Defendant.
------------------------------------------------------------x

08 CIVIL 4794 ( )

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __John Paul Newton__

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __JP 1976__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Housing Conservation Coordinators, Inc.__
    To: __The Legal Aid Society__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ **Address:** __Brooklyn Neighbourhood Office, 111 Livingston St, 7th Floor, Brooklyn, NY 11201__
☒ **Telephone Number:** __718-422-2740__
☒ **Fax Number:** __718-722-3094__
☒ **E-Mail Address:** __JXNewton@legal-aid.org__

Dated: __23 May 08__

_[signature]_
JP 1976
John Paul Newton