SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA BETANCES                    Plaintiff,

                                                                    5/27/08

                                                          08 cv 4794 RMB

        - against -
THE NEW YORK CITY                 Defendants           ORDER FOR ADMISSION
HOUSING AUTHORITY and TINO HERNANDEZ,                    PRO HAC VICE
as Chairman of the NY City Housing Auth.,               ON ORAL MOTION

Upon the oral motion of __John Paul Newton__ attorney for
__Plaintiff__ and said sponsor attorney's affidavit
declaration that applicant __LINDA HOLMES__ is a member in good standing of
the bar(s) of the state(s) of __NEW YORK__ ;
and that applicant's contact information is as follows (please print):

   Applicant's Name:  LINDA HOLMES
   Firm Name:         The Legal Aid Society
   Address:           111 Livingston St., 7th Floor
   City/State/Zip:    Brooklyn, NY 11201
   Telephone/Fax:     tel - 718-422-2759, fax 718-722-3093
   Email Address:     LAHolmes@legal-aid.org

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
__Plaintiff__ in the above entitled action;

**IT IS HEREBY ORDERED** that __LINDA HOLMES__, is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:      5/27/08
City, State: N.Y.C.

                                        RMB
                            _____
                            United States District ~~Magistrate~~ Judge
                                    Richard M. Berman

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

Plaintiff's counsel to pay required fee to clerk.