UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JULIA BETANCES,

            Plaintiff,

      -against-

THE NEW YORK CITY HOUSING
AUTHORITY, and TINO HERNANDEZ,
as Chairman of the New York City Housing
Authority,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civ. No. 08-4794 (RMB)

NOTICE OF APPEARANCE ON
BEHALF OF DEFENDANTS

      PLEASE TAKE NOTICE that defendants New York City Housing Authority and Tino Hernandez will be represented in the above-captioned matter by Ricardo Elias Morales, General Counsel, Donna M. Murphy, Esq., Of Counsel.

Dated: New York, New York
      May 28, 2008

                           RICARDO ELIAS MORALES
                           General Counsel
                           New York City Housing Authority
                           Attorney for Defendants
                           New York City Housing Authority
                           250 Broadway, 9th Floor
                           New York, New York 10007
                           Tel. No.: (212) 776-5244
                           Fax. No.: (212) 776-5401

                By:    _____/s/_____
                           Donna M. Murphy (DM-6487)