UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIA BETANCES,

                       Plaintiff,                         08 Civ. 4794 (RMB)

       -against-

                                                     **ORDER**

NEW YORK CITY HOUSING
AUTHORITY, et al.,

                    Defendants.
------------------------------------------------------------X

      The parties are hereby directed to update the Court on the status of the proceedings in <u>Armstrong v. Betances</u> before the Civil Court of the City of New York, County of Kings, Housing Court Part A, on or before June 3, 2008, and every 15 days thereafter.

      **The parties are directed to continue to participate in good faith settlement discussions.**

**SO ORDERED**.

Dated: New York, New York
       May 28, 2008

                                                             */s/ RMB*
                                                   **Richard M. Berman, U.S.D.J.**