UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIA BETANCES,                                   :
                                                  :
                    Plaintiff,      :     08 Civ. 4794 (RMB)
        -against-                        :
                                                  :     **ORDER**
NEW YORK CITY HOUSING                             :
AUTHORITY, et al.,                                :
                                                  :
                  Defendants.     :
------------------------------------------------------------X

       The parties are hereby directed to update the Court on the status of the proceedings in Armstrong v. Betances before the Civil Court of the City of New York, County of Kings, Housing Court Part A, on or before June 3, 2008, and every 15 days thereafter.

       **The parties are directed to continue to participate in good faith settlement discussions.**

**SO ORDERED**.

Dated: New York, New York
       May 28, 2008

                                            _____
                                            **Richard M. Berman, U.S.D.J.**