UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JULIA BETANCES,

                        Plaintiff,

              -against-

THE NEW YORK CITY HOUSING AUTHORITY,
and TINO HERNANDEZ, as Chairman of the
New York City Housing Authority,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civ. No. 08-4794 (RMB)

DECLARATION OF
MICHAEL ROBINSON
IN OPPOSITION TO
PLAINTIFF'S MOTION FOR
A PRELIMINARY INJUNCTION

MICHAEL ROBINSON, pursuant to 28 U.S.C. §1746 declares under penalty of perjury that the following is true and correct:

1. I am employed by defendant New York City Housing Authority ("NYCHA") in the position of Housing Assistant. I am assigned to Armstrong Houses in Brooklyn, New York.

2. I submit this declaration based on personal knowledge and on the books and records of NYCHA in opposition to plaintiff Julia Betances' motion for a preliminary injunction directing NYCHA not to rent the two-bedroom apartment located at 290 East 4th Street, Apt. 6C, New York, New York in NYCHA's Lower East Side Consolidated because plaintiff alleges that she requires that apartment as a reasonable accommodation of her son's mobility impairment.

**Plaintiff's Transfer Request**

3. Plaintiff has been the tenant of record of a four-bedroom apartment located at 449 Gates Avenue Apt. #1A, Brooklyn, New York in NYCHA's Armstrong Houses since December 23, 1998. A copy of the Tenant Data Summary is attached as Exhibit A. At that time, plaintiff's family

1

composition consisted of herself, three daughters, a niece and a niece's son. Id. I am currently the Housing Assistant for this building.

4. Attached as Exhibit B is a true copy of the Transfer – Emergency: Tenant Transfer Record Card, dated October 17, 2005. This record card reflects that in 2005, plaintiff sought a transfer on the grounds that a member of her family was an intimidated victim. The manager approved the transfer request, but noted plaintiff's poor rent paying record in that a non-payment dispossess had been served within the past twelve months and that rent for four months in 2004 had been paid late. Ultimately, plaintiff did not transfer at that time.

5. By August 2007, plaintiff's family composition consisted of just herself and her son. In August 2007, plaintiff submitted a request to transfer. The reason for the transfer was that plaintiff was downsizing from a six-room apartment to a four-room apartment. A true copy of the Tenant Transfer Options and Conditions is attached as Exhibit C.

6. On August 29, 2007, plaintiff selected Lower East Side II as her development choice from the Working Family Guide to Anticipated Vacancies ("Guide") even though the development did not indicate any anticipated vacancies of any two-bedroom apartments. See the Guide, effective 8/21/07 to 9/3/07, attached as Exhibit D. As a tenant transferring due to extreme-underoccupancy, plaintiff was eligible to select a development even if it did not appear on the Guide.

**Plaintiff Did Not Request Reasonable Accommodation of Her Son's Condition**
**When She Selected and Moved to the Temporary Apartment**

7. Plaintiff's apartment at 449 Gates Avenue Apt. #1A in Armstrong Houses required repairs to the flooring and NYCHA agreed to move plaintiff temporarily to another apartment. Plaintiff was moved temporarily to another apartment in Armstrong Houses at 441 Gates Avenue Apt. #4C, which

is on the fourth floor of a walk-up building. Prior to plaintiff moving to that apartment, I showed plaintiff the apartment. Plaintiff viewed the apartment and indicated that it was acceptable to her. On March 13, 2008, plaintiff signed for keys to the apartment, lobby door and mailbox. A true copy of the Interview Record, dated March 13, 2008, is attached as Exhibit E.

8. Plaintiff never advised me that her son required any reasonable accommodation in that he needed to be in a first floor apartment or an elevator building. She did not raise this issue when she viewed and accepted the fourth floor apartment nor did she raise the issue with the Armstrong Houses management office at any time since March 13, 2008. If plaintiff had informed me of the need for an apartment on the first floor or in an elevator building as a reasonable accommodation, she would have been moved to such an apartment temporarily.

**NYCHA Attempted to Reasonably Accommodate Plaintiff's Son's Condition Upon Notification That He Required Accommodation**

9. Plaintiff first raised the issue of her son's need for reasonable accommodation through her counsel in this action. Prior to that, I had no knowledge that her son required any reasonable accommodation.

10. In light of plaintiff's contention that her son needed to be in an elevator building or in a first floor apartment, Armstrong Houses management searched for an available apartment either in an elevator building or first floor apartment. On Friday, May 30, 2008, I contacted plaintiff through a Spanish-speaking staff member to inquire into whether she was interested in transferring to an apartment on the 12th floor of an elevator building at 387 Lafayette Avenue, Brooklyn, New York in NYCHA's Lafayette Gardens, which is only six blocks from Armstrong Houses. Plaintiff indicated that she was interested and would come to the office on Tuesday morning (Monday being the

3

Memorial Day holiday) to look at the apartment. Plaintiff did not appear on Tuesday morning to look at the apartment.

**Plaintiff's Rent Arrears**

11. Plaintiff has a poor rent history. Plaintiff has had a balance owing since as early as January 2007; she has a current balance of $5,229.50. Plaintiff is the subject of a non-payment action in the Civil Court of the City of New York, County of Kings, Housing Court Part A, Index No. 28651/2007. Other than a $500 payment made at the direction of the housing court, plaintiff has made no payment at all since on or about October 9, 2007. A true copy of a printout of plaintiff's rent collection history, dated May 27, 2008, is attached as Exhibit F. This printout does not reflect the $500 payment made at the housing court's direction.

12. During the course of the housing court proceedings, it was stipulated that plaintiff would go to the Armstrong Houses management office for a possible rent adjustment. A true copy of the Stipulation, dated April 14, 2008, is attached as Exhibit G. As a result of a review, plaintiff's monthly rent was adjusted from $764 to $694 effective June 1, 2008. A true copy of the Admission/Income Review Transcript, dated May 19, 2008, is attached as Exhibit H. At an appearance in housing court on May 20, 2008, plaintiff waived NYCHA's prima facie case and traverse, leaving as the sole issue to be tried plaintiff's claim for a rent abatement due to the condition of her prior apartment. A true copy of the May 20, 2008 Order of the housing court is attached as Exhibit I.

4

13.  On June 2, 2008, the housing court proceeding was adjourned until June 19, 2008.


Dated: New York, New York
      June 3, 2008

                    Michael Robinson

# EXHIBIT A

NYCHA 040.062 (REV. 2/75)
**TENANT DATA – SUMMARY**

NEW YORK CITY HOUSING AUTHORITY

LOUIS ARMSTRONG
(PROJECT)

ETHNIC GROUP:

| WHITE | BLACK | PUERTO RICAN | OTHER |
|-------|-------|--------------|-------|
| ☐ | ☐ | ☒ | |

(specify)

| NAME OF TENANT | TRANSFERRED FROM | FORMER SITE OCCUPANT |
|----------------|------------------|---------------------|
| JULIA BETANCES | RESIDENT OF _____ SITE | ☐ |

## FAMILY COMPOSITION

| NO. | N A M E | DATE OF BIRTH | SEX | RELATION TO TENANT | VET. STA-TUS | DISABLED YES / NO | HANDI-CAPPED YES / NO | SOCIAL SECURITY NO. | REMARKS |
|-----|---------|---------------|-----|-------------------|--------------|-------------------|----------------------|---------------------|---------|
| 1 | Julia Betances | 8/16/60 | F | Tenant | N/V | | | 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 | |
| 2 | Nancie Espejo | 9/11/81 | F | Niece | N/V | | | 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 | 014 H |
| 3 | Jennifer Sanchez | 10/23/89 | F | Daugh | N/V | | | 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 | |
| 4 | Melanie Betances | 1/8/88 | F | Daugh | N/V | | | 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 | |
| 5 | Algenis Payamps | 5/30/96 | F | Niece | N/V | | | | |
| 6 | ~~Ramona Payamps~~ | ~~9/24/80~~ | F | Daugh | N/V | | | | ① HH |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |

**PERMANENT NOTES:** (RECEIPTS, IMPORTANT PAPERS, DISCHARGES, NAMES, ADDRESSES AND TELEPHONE NUMBERS OF AT LEAST 2 CLOSE RELATIVES OR FRIENDS, ETC.)

TENANT'S TELEPHONE NO.
☐ LISTED _____    ☐ UNLISTED _____

DOSS CASE NO.
– –

TENANT'S RELATIVE OR FRIEND – NAME, ADDRESS, TELEPHONE NO.

TENANT'S RELATIVE OR FRIEND – NAME, ADDRESS, TELEPHONE NO.

1. Wilson Castillo 111-18 95 Ave Richmond Hill   (917) 872-6964  Cel(917) 407-8321

   (718) 850-8545

2. Minerva Felipe Hancock Ave  (718) 417-6828

3. Pablo Almonte 938 Knickerbocker Ave (718) 418-9341

DATES OF SERVICE:  FROM _____    TO _____

## O C C U P A N C Y   R E C O R D

| NUMBER AND STREET | ACCOUNT NUMBER | NO. OF ROOMS | GRADE OR BASIC RENT | FROM | TO | REASON FOR TRANSFER |
|-------------------|----------------|--------------|---------------------|------|-----|---------------------|
| 449 Gates #A | 00A | 6 | $312 | 1/99 | | New Application |
| | | | | | | |
| | | | | | | |

REASON MOVED OUT: _____

MOVED TO:  499 Gates avenue #A   MONTHLY RENT: $ 345.00   NO. OF ROOMS:   6

# EXHIBIT B

| NYCHA 040.050E (Rev. 2/05) **TRANSFER – EMERGENCY: TENANT TRANSFER RECORD CARD** | **NEW YORK CITY HOUSING AUTHORITY** <br> **LOUIS ARMSTRONG HOUSES** <br> MANAGING PROJECT NAME | **ACCOUNT NUMBER** <br> 2 1 0 – 0 6 6 – 0 0 A |
|---|---|---|

HEAD OF HOUSEHOLD'S SOCIAL SECURITY NUMBER  1 3 2 – 7 2 – 6 2 6 5

**RACE/ETHNICITY:**  ☐ WHITE   ☐ BLACK   ☐ PUERTO RICAN   ☒ OTHER HISPANIC

☐ ASIAN or PACIFIC ISLANDER   ☐ NATIVE AMERICAN or NATIVE ALASKAN   ☐ OTHER (describe) _____

| NAME (Print)  (Last)          (First) <br> BETANCES,   JULIA | PRESENT # ROOMS <br> 6 | FOR DEPT. OF HOUSING APPLICATIONS USE CERTIFICATION (FLD) | C | CERTIFICATION DATE |
|---|---|---|---|---|
| ADDRESS <br> 449 GATES AVENUE #0A <br> BROOKLYN, NEW YORK  11216 | TELEPHONE NUMBER <br> (718) 623–3880 | | | |

## TENANT'S BOROUGH CHOICE (MAY BE THE SAME BOROUGH EXCEPT FOR S.I. TENANTS)

| TRANSFER TYPE <br><br> PRIORITY CODE | ☐ BRONX   ☒ MANHATTAN   ☐ BROOKLYN <br><br> ☐ QUEENS   ☐ STATEN ISLAND |
|---|---|

**Record of Tenancy**

1a. Initial *Housing Application Date* **09** / **06** / **96**   1b. Initial *Move-in Date* **12** / **16** / **98**   1c. Initial *Reason for Move-in:* **OVERCROWDED**

2. **Rent Paying Record:**   ☐ Good   ☒ Poor *(If poor is checked, explain in detail on the reverse side)*

3. **Housekeeping:**   ☒ Neat   ☐ Fair   ☐ Poor *(If poor is checked, explain in detail on the reverse side)*

4. **Behavior Problems:**   ☒ No   ☐ Yes *(If Yes is checked, give full details on reverse side)*

**RENT PAYING RECORD IS NOT GOOD.**

| # | NAME | SOCIAL SECURITY # | BIRTH DATE (Mo./Day/Yr.) | RELATIONSHIP | # | EMPLOYMENT / SOURCE OF OTHER INCOME (Name & Address of Employer) | GROSS INCOME | DEDUC-TION |
|---|---|---|---|---|---|---|---|---|
| 1 | JULIA BETANCES | 072–70–7448 | 08/16/60 | TENANT | | | | |
| 2. | MARLEN BETANCES | 132–72–6265 | 01/08/88 | DAUGHTER | | | | |
| 3. | JENNIFER SANCHEZ | 080–76–1246 | 10/23/89 | DAUGHTER | | | | |
| 4. | AKJENIS PAYAMPS | 061–86–6720 | 05/30/96 | SON | | | | |
| 5. | NABCUS ESPEJO | 079–82–7984 | 09/11/81 | DAUGHTER | | DATE | NET INCOME | $     $ |

| SECURITY DEPOSIT <br> Cash Paid $ 223.00   Date Paid 12/16/98 <br> ☐ by Tenant   ☐ by Welfare   ☒ Prom. Note | Mobility Impaired <br> ☐ YES   ☒ NO | REASON FOR TRANSFER: <br> ☐ VDV   ☒ IV   ☐ CSV   ☐ IW |
|---|---|---|

| DISPOSITION/SIGNATURE | DATE | COMMENTS/REASONS (detail on reverse side) |
|---|---|---|
| MANAGER (Print & Sign) <br> B Grant + SO <br> ☒ APPROVED   ☐ DISAPPROVED | 10/17/8 | |
| DEPUTY DIRECTOR – S.S.D. (Print & Sign) <br> ☐ APPROVED   ☐ DISAPPROVED | | |

| RENT PAYING RECORD | a. Number Non-payment dispossesses served during past 12 months. | b. Actual Dates of LATE Rent Payment during last 12 months | | | |
|---|---|---|---|---|---|
| | | MONTH & YEAR RENT DUE | ACTUAL DATE(S) RENT PAID | MONTH & YEAR RENT DUE | ACTUAL DATE(S) RENT PAID |
| | 1 | 12/01/04 01/01/04 03/01/04 05/01/04 | 06/01/04 | | |

**Record of Tenancy (details):**

FAIR—CHRONIC RENT DELINQUENT.    NO POLICE REPORTS AGAINST TOR.

**Comments/Reasons (if disapproved):**

NONE

**Reason for Transfer (Development staff MUST detail reasons)**

MS. BETANCES FEARS FOR LIFE AND THE SAFETY OF HER CHILDREN.

DISTRIBUTION:    ORIGINAL and 2 COPIES: ORIGINAL to Social Services Department, Emergency Transfer Unit (SSD-ETU) within two business days, whether or not approved   •   COPY to Manager's File, NOT tenant folder   •   COPY to Borough Director

INSTRUCTIONS:    SSD-ETU to screen, evaluate, and obtain all needed approvals and send all approved Transfers to F.L.D. for assignment.
Development to keep a copy of 040.050D Transfer – Emergency: Tenant Request for Transfer in tenant folder as record that transfer was processed.

# EXHIBIT C

| TENANT TRANSFER OPTIONS AND CONDITIONS | | | |
|---|---|---|---|

**I.** TRANSFER OPTIONS – TO BE COMPLETED BY OFFICE STAFF

| INTRA | INTER | ☒ BOROUGH | ☐ PROJECT |
|---|---|---|---|
| ☐ | ☐ | *Manhattan* | |

**II.** TENANT'S ACCEPTANCE OF TRANSFER OPTIONS

I hereby certify that I have reviewed all transfer options available to me and I have selected the following:

*Ower Eas Side II*

*(intra-project or inter-project, borough chosen or project chosen)*

**III.** TRANSFER CONDITIONS

If I am granted a transfer to another project apartment, I accept the following conditions:

1. I must vacate my old apartment leaving it completely empty and unoccupied and I will not receive the lease to the new apartment unless my old apartment is left empty and unoccupied.

2. I must securely lock the door to my old apartment and return all keys to the Management Office.

3. I may be responsible for up to fifteen (15) days rent on my old apartment after I have moved out.

4. I may be responsible for miscellaneous charges on my old apartment, undeterminable at this time, resulting from, but not limited to, removal of wall paper, removal of floor coverings, replacement of fixtures, removal of debris, etc. I will pay all such charges immediately or within a mutually agreed upon time period when notified by Management.

5. If I do not pay all sums due in the time agreed upon, all such sums shall be treated as rent due on my new apartment, and these sums may be collected as current rent in my new apartment and included in a summary proceeding in the Civil Court of the City of New York.

6. I agree that any termination of tenancy actions that could have commenced against me in my old apartment, may commence or continue against me in my new apartment.

   I further agree that any conditions placed against my tenancy while in the old apartment (for ex.: probation or permanent exclusion) shall remain valid and will apply to the new apartment. Permanent exclusion from the old apartment will mean permanent exclusion from the new apartment.

7. All conditions listed in this document will be deemed to constitute a LEASE AMEND-MENT and will be fully effective against me and the entire tenancy in my new apartment.

TENANT'S SIGNATURE

*Julia Betancs*

HOUSING ASSISTANT *(Print & Sign)*

*Vanica Acerdo*

DATE 8/28/07

DATE 09/01/07

RECEIVED SEP 20 2007 LOUIS ARMSTRONG HOUSE

RECEIVED SEP 1 8 2007 BROOKLYN MANAGEMENT DEPARTMENT

NYCHA 040.050 (Rev. 12/04) - Reverse

| | a. Number Non-payment dispossesses served during past 12 months. | b. Actual Dates of LATE Rent Payment during last 12 months | | | |
|---|---|---|---|---|---|
| **RENT PAYING RECORD** | 0 | MONTH & YEAR RENT DUE | ACTUAL DATE(S) RENT PAID | MONTH & YEAR RENT DUE | ACTUAL DATE(S) RENT PAID |
| | | | | | |

**Record of Tenancy** (*details*):

**Comments/Reasons:** (*if disapproved*)

**Reason for Transfer:** (*details*)

Tenant downsizing.  Moving from  6 rooms apartment to 4 rooms apartment.

| DISPOSITION / SIGNATURE | | DATE | COMMENTS/REASONS (*detail on reverse side*) |
|---|---|---|---|
| **MANAGER** (*Print & Sign*) Barbara Grant | ☑ APPROVED ☐ DISAPPROVED | 9/12/07 | |
| **BOROUGH ADMINISTRATOR** (*Print & Sign*) Wm. Clegg | ☑ APPROVED ☐ DISAPPROVED | 9/19/07 | |
| **BOROUGH DEPUTY DIRECTOR** (*Print & Sign*) | ☑ APPROVED ☐ DISAPPROVED | 9/19/07 | |

**DISTRIBUTION: ORIGINAL and TWO COPIES ● Original and One Copy to Borough ● Borough to forward approved Transfer to F.L.D. if tenant not eligible to choose from Interviewer's Guide ● Borough to return approved transfer to ORIGINATING PROJECT with a copy of the current Interviewer's Guide if tenant eligible to choose from Interviewer's Guide ● Manager** to forward approved transfer to **F.L.D.** after tenant chooses from the Interviewer's Guide ● Work Copy to tenant folder

NYCHA 040.050C - Reverse (Rev. 12/04)

RECEIVED SEP 20 2007 LILLIAN WALD / ARMSTRONG HOUSES

RECEIVED SEP 1 8 2007 BROOKLYN MANAGEMENT DEPARTMENT

# EXHIBIT D

NYCHA 070.026D(Rev.2/07)  WORKING FAMILY GUIDE TO ANTICIPATED VACANCIES

NEW YORK CITY HOUSING AUTHORITY
APPLICATIONS AND TENANCY
ADMINISTRATION DEPARTMENT

EFFECTIVE DATE
Tues 8/21/07
thru Mon 9/3/07

BOROUGH - MANHATTAN                Page 7

| Office Use | DEVELOPMENTS | | 0-BR | 1-BR | 2-BR | 3-BR | 4-BR | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 022 | AMSTERDAM | | | | | | | |
| | W. 61st St. & Amsterdam Ave. | W | ◆ | | | | | Includes Amsterdam Addition & Harborview. |
| 125 | AUDUBON | | | | | | | |
| | W. 155th St. & Amsterdam Ave. | W | | | | | | |
| 060 | BARUCH | | | | | | | |
| | Colombia & Delancey Sts. | W | ◆ | A | A | | | |
| 286 | CAMPOS PLAZA II | | | | | | | |
| | E. 13th St. & Ave. C | W | ◆ | | | | | |
| 058 | CARVER | | | | | | | |
| | E. 102nd St. & Madison Ave. | W | | | | | | |
| 134 | CHELSEA | | | | | | | |
| | W. 26th St. & Ninth Ave. | W | A | A | | | | Includes Elliot. |
| 123 | CLINTON | | | | | | | |
| | E. 109th St. & Lexington Ave. | W | ◆ | | | A | | |
| 359 | DOME SITE | | | | | | | |
| | W. 84th St. & Amsterdam Ave. | W | ◆ | | | | ◆ | Managed by Grenadier. |
| 082 | DOUGLASS | | | | | | | |
| | W. 103rd St. & Columbus Ave. | W | A | A | | | | Includes 830 Amsterdam Ave., and Douglass Addition. |
| 515 | DOUGLASS REHABS | | | | | | | |
| | 314 E. 100th St. | | | | | ◆ | ◆ | Managed by Grenadier. Includes 239-251 West 103rd St., 241 W. 101st St. and 244 West 104th St. Some Walk-ups. |
| 111 | DREW-HAMILTON | | | | | | | |
| | W. 142nd St. & Adam Clayton Po | W | A | AA | A | AA | | |
| 041 | DYCKMAN | | | | | | | |
| | Dyckman St. & Nagle Ave. | W | ◆ | A | | | | |
| 009 | EAST RIVER | | | | | | | |
| | E. 105th St. & First Ave. | W | A | | A | | | |
| 136 | FULTON | | | | | | | |
| | W. 17th St. & Ninth Ave. | W | | | | | | |
| 100 | GOMPERS | | | | | | | |
| | Delancey & Pitt Sts. | W | A | A | | | | Includes Hernandez and Lower East Side I Infill. |
| 087 | GRANT | | | | | | | |
| | W. 125th St. & Amsterdam Ave. | W | | | | | | |
| 003 | HARLEM RIVER | | | | | | | |
| | W. 151st St. & Adam Clayton Pov | W | | A | | | | Includes Harlem River II. Some walk-ups. |
| 139 | ISAACS | | | | | | | |
| | E. 92nd St. & First Ave. | W | | | | | | Includes Holmes. |
| 064 | JEFFERSON | | | | | | | |
| | E. 115th St. & Third Ave. | W | | A | A | | | Includes 335 E. 111th St. |
| 017 | JOHNSON | | | | | | | |
| | E. 114th St. & Lexington Ave. | W | | | A | | A | |
| 030 | KING TOWERS | | | | | | | |
| | W. 115th St. & Fifth Ave. | W | | | A | A | | |
| 076 | LA GUARDIA | | | | | | | |
| | Madison & Montgomery Sts. | W | ◆ | | | | | Includes Two Bridges. |
| 101 | LEHMAN VILLAGE | | | | | | | |
| | E. 108th St. & Madison Ave. | W | | AA | | | | |
| 020 | LINCOLN | | | | | | | |
| | E. 132nd St. & Madison Ave. | W | | | A | | | |
| 337 | LOWER EAST SIDE II | | | | | | | |
| | Ave. C & E. Fifth St. | W | | A | | | | Includes Bracetti Plaza, First Houses and LES V. Some walk-ups. |
| 364 | LOWER EAST SIDE III | | | | | | | |
| | E. 9th St. & Ave. D | W | ◆ | | | | ◆ | Managed by Grenadier. Mostly Walk-ups. |
| 081 | MANHATTANVILLE | | | | | | | |
| | W. 126th St. & Broadway | W | | | | | | Includes Manhattanville Rehab. |
| 181 | METRO NORTH CONSOLIDATED | | | | | | | |
| | E. 101st St. & Second Ave. | W | ◆ | | | | | Includes Wilson.  Managed by East River. |
| 149 | POLO GROUNDS TOWERS | | | | | | | |
| | W. 155th St. & Frederick Douglas | W | A | AA | | A | | |
| 278 | RANDOLPH | | | | | | | |
| | W. 114th St. & Frederick Douglas | W | | | | | | Managed by King Towers. Includes Grampion. Some walk-ups. |
| 037 | RANGEL | | | | | | | |
| | W. 159th St. & Harlem River Dr.. | W | ◆ | A | | | ◆ | |
| 018 | RIIS | | | | | | | |
| | E. 10th St. & Ave D | W | | A | | | | |

LEGEND:
◆ = No Apartments In This Size
W = At Least One Wheelchair Accessible Building
* = New Development
A = Vacancy Anticipated
AA = Immediate Vacancy Anticipated

WORKING FAMILY

EFFECTIVE DATE    Tues 8/21/07    - Mon 9/3/07

RECEIVED
AUG 29 2007
LOUIS ARMSTRONG HOUSES

# EXHIBIT E

NYCHA 040.006 (Rev. 9/98)

**INTERVIEW RECORD**

**NEW YORK CITY HOUSING AUTHORITY**

| NAME | DEVELOPMENT | ACCOUNT NO. |
|---|---|---|
| J. BETANCES | | |

| DATE AND INTERVIEWER'S NAME | |
|---|---|
| 8/13/08 | |
| M. Robinson | MS BETANCES RECIEVED KEYS TO 441 GATES APT. 4C TODAY. |
| | |
| | 2 - Lobby Door |
| | 2 - Apartment |
| | 2 - Mailbox |
| | |
| | x _Julia Betances_ |
| | Ph 347 553 8731 |

# EXHIBIT F

N Y C H A / P I M S                                                    RENTBRWCBL
Rent Collection                                                       ARMSTRNG02
CURRENT BALANCE

ARMSTRONG I 3-69A

210 066 00A  BETANCES . . . . . . . . . . . . , JULIA


Monthly Rent . . . . . . $764.00   Rent Chg Date    2-01-2008
Transaction      CURRENT           Rent Chg Number  2100588207
Amount Being Paid . . . . . . . $.00

                 Amount Due      Payment Amount    Last Payment
Rent                 $5,692.00          $.00    10-09-2007
Recur                     $.00          $.00      -  -
Retro                     $.00          $.00      -  -
Legal                   $37.50          $.00    07-29-2005
Misc                      $.00          $.00    07-29-2005
Security                  $.00          $.00      -  -


TOTALS              $5,729.50           $.00



Enter To Continue F3=Exit

5/27/08
09:02:13

Case 1:08-cv-04794-RMB Document 14 Filed 06/03/2008 Page 20 of 32

NYCHA/PTMS
LEPGCRDCBL
ARMSTRNG02

Rent Collection System
Tenant Balance and Payments    Payment Plan: NONE
Monthly Rent        $764.00

210 066 00A  BETANCES                , JULIA      RCN#            2100588207
(X) Select for Browse Details                     Date Effective  020108

| Date | Cash | #Chks | Checks | Charges | Credits | Balance |
|------|------|-------|--------|---------|---------|---------|
|      | CURRENT TENANT BALANCE |  |  |  |  | $5,729.50 |
| 05-00-2008 RENT POSTED |  |  |  | 764.00 |  | $4,965.50 |
| 04-00-2008 RENT POSTED |  |  |  | 764.00 |  | $4,201.50 |
| 03-00-2008 RENT POSTED |  |  |  | 764.00 |  | $3,437.50 |
| 02-19-2008 CHARGES/CREDITS |  |  |  |  | 37.50 | $3,475.00 |
| 02-00-2008 RENT POSTED |  |  |  | 764.00 |  | $2,711.00 |

+

Enter To Continue  F3=Exit  F5=Refresh   F12=Cancel   F17=Top      F18=Bottom

Case 1:08-cv-04794-RMB   Document 14   Filed 06/03/2008   Page 21 of 32

Rent Collection System

Tenant Balance and Payments   Payment Plan: NONE

Monthly Rent       $764.00

210 066 00A   BETANCES          , JULIA       RCN#        2100588207

(X) Select for Browse Details            Date Effective   020108

| Date | Cash #Chks | Checks | Charges | Credits | Balance |
|------|-----------|--------|---------|---------|---------|
| _ 02-00-2008 ANNUAL REVIEW PROCESS | | | | | $2,711.00 |
| _ 01-00-2008 RENT POSTED | | | 725.00 | | $1,986.00 |
| _ 12-18-2007 LEGAL CHARGE | | | 37.50 | | $1,948.50 |
| _ 12-00-2007 RENT POSTED | | | 725.00 | | $1,223.50 |
| _ 12-00-2007 ADJUSTMENT PROCESS | | | | | $1,223.50 |
| _ 11-00-2007 RENT POSTED | | | 701.00 | | $522.50 |

+

Enter To Continue  F3=Exit  F5=Refresh  F12=Cancel   F17=Top      F18=Bottom

5/27/08
09:02:13
N Y C H A / P I M S
Case 1:08-cv-04794-RMB   Document 14   Filed 06/03/2008   Page 22 of 32
Rent Collection System
LEDGCRDCBL
ARMSTRNG02

Tenant Balance and Payments   Payment Plan: NONE

Monthly Rent        $764.00

210 066 00A   BETANCES              , JULIA        RCN#          2100588207

(X) Select for Browse Details                   Date Effective  020108

| Date | Cash | #Chks | Checks | Charges | Credits | Balance |
|------|------|-------|--------|---------|---------|---------|
| __ 10-09-2007 | PAYOMATIC PAYMENT | | | | 700.00 | $1,222.50 |
| | $700.00 | | | | | |
| __ 10-00-2007 | RENT POSTED | | | 701.00 | | $521.50 |
| __ 09-04-2007 | PAYOMATIC PAYMENT | | | | 600.00 | $1,121.50 |
| | $600.00 | | | | | |
| __ 09-00-2007 | RENT POSTED | | | 701.00 | | $420.50 |
| __ 08-31-2007 | PAYOMATIC PAYMENT | | | | 1000.00 | $1,420.50 |
| | $1000.00 | | | | | |
| __ 08-08-2007 | PAYOMATIC PAYMENT | | | | 500.00 | $1,920.50 |
| | $500.00 | | | | | + |

Enter To Continue  F3=Exit  F5=Refresh   F12=Cancel   F17=Top      F18=Bottom

Rent Collection System       ARMSTRNG02

Tenant Balance and Payments   Payment Plan: NONE

Monthly Rent     $764.00

210 066 00A   BETANCES       , JULIA    RCN#       2100588207

(X) Select for Browse Details       Date Effective   020108

| Date | Cash #Chks | Checks | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 08-00-2007 RENT POSTED | | | 701.00 | | $1,219.50 |
| 07-00-2007 RENT POSTED | | | 701.00 | | $518.50 |
| 06-29-2007 PAYOMATIC PAYMENT $430.00 | | | | 430.00 | $948.50 |
| 06-00-2007 RENT POSTED | | | 701.00 | | $247.50 |
| 05-17-2007 PAYOMATIC PAYMENT $701.00 | | | | 701.00 | $948.50 |
| 05-00-2007 RENT POSTED | | | 701.00 | | $247.50 |

+

Enter To Continue F3=Exit F5=Refresh F12=Cancel F17=Top F18=Bottom

Case 1:08-cv-04794-RMB   Document 14   Filed 06/03/2008   Page 24 of 32

Tenant Balance and Payments    Payment Plan: NONE

Monthly Rent          $764.00

210 066 00A  BETANCES              , JULIA     RCN#        2100588207

**(X) Select for Browse Details**          Date Effective  020108

| Date | Cash #Chks | Checks | Charges | Credits | Balance |
|------|-----------|--------|---------|---------|---------|
| 04-12-2007 PAYOMATIC PAYMENT | | | | 800.00 | $1,047.50 |
| | $800.00 | | | | |
| 04-00-2007 RENT POSTED | | | 701.00 | | $346.50 |
| | | | | | |
| 03-05-2007 PAYOMATIC PAYMENT | | | | 400.00 | $746.50 |
| | $400.00 | | | | |
| 03-00-2007 RENT POSTED | | | 701.00 | | $45.50 |
| | | | | | |
| 02-09-2007 PAYOMATIC PAYMENT | | | | 300.00 | $345.50 |
| | $300.00 | | | | |
| 02-05-2007 PAYOMATIC PAYMENT | | | | 400.00 | $745.50 |
| | $400.00 | | | | + |

**Enter To Continue  F3=Exit  F5=Refresh   F12=Cancel   F17=Top      F18=Bottom**

Case 1:08-cv-04794-RMB  Document 14  Filed 06/03/2008  Page 25 of 32

Tenant Balance and Payments  Payment Plan: NONE

Monthly Rent     $764.00

210 066 00A  BETANCES         , JULIA     RCN#        2100588207

(X) Select for Browse Details      Date Effective  020108

| | Date | Cash #Chks | Checks | Charges | Credits | Balance |
|---|---|---|---|---|---|---|
| _ | 02-00-2007 RENT POSTED | | | 701.00 | | $44.50 |
| _ | 02-00-2007 ANNUAL REVIEW PROCESS | | | | | $44.50 |
| _ | 01-11-2007 PAYOMATIC PAYMENT | $600.00 | | | 600.00 | $644.50 |
| _ | 01-03-2007 PAYOMATIC PAYMENT | $700.00 | | | 700.00 | $1,344.50 |
| _ | 01-00-2007 RENT POSTED | | | 607.00 | | $737.50 |
| _ | 12-18-2006 LEGAL CHARGE | | | 37.50 | | $700.00 |

+

Enter To Continue F3=Exit F5=Refresh  F12=Cancel  F17=Top    F18=Bottom

# EXHIBIT G

# CIVIL COURT OF THE CITY OF NEW YORK

County of Kings

Date 4/14/08    Part A

Index No. L&T: 28651/07

Page ___ of ___

Hon. Stanley

Armstrong

*against*    Petitioner(s),

Ida Betances    Respondent(s)

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

Case adjourned until (5/19) for Respondent to go to the management office for a possible rent adjustment

including Respondent shall bring all documentation all proof of income

In consideration of the adjournment, Respondent shall pay $500 on or before (5/14)

Respondent to go to management office on 4/21 at 10:00 a.m. for the possible adjustment

Respondent    Melissa    H.A.    Tracy Porter

IV-LT-30 page 1 (Revised 4/07)

# EXHIBIT H

Run Date: 5/19/08   4:41:12PM

**NEW YORK CITY HOUSING AUTHORITY**
**ADMISSION TO INCOME REVIEW TRANSCRIPT**

Map Proj.No: 210   Account No: 066-00A   Date of Admission to Public Housing: 12/16/98   Transaction: (09) Adjustment

Race: WHITE                                                              Elderly Status: (0) NON-ELDERLY       Review Quarter: 4

Apartment Move-In Date: 12/23/98      Ethnicity: PUERTO RICAN

Family Composition: (3) SINGLE PARENT W/CHILD(REN)

| Mem No. | Last Name, First | Relat | Maiden Name | Social Security# | Date of Birth | Place of Birth | Sex | Dis/Non | Student | Y/N |
|---------|------------------|-------|-------------|------------------|---------------|----------------|-----|---------|---------|-----|
| 1 | PAYAMPS, ALEXIS | HEAD | | 061806418 | 5/18/1960 | NEW YORK | M | N | N | N |

Effective Date of Adjustment:   6/08

Source of Current Income (CODE(S)): 1  7

| Mem No. | First Name | Sal/Hur/Bus Adj | Soc.Sec./ Pension | Public Asst | Asset Income | Other Income | Total Income | 99 99 99 Welfare ID No. Center | Check Days | Y | N |
|---------|-----------|-----------------|-------------------|-------------|--------------|--------------|--------------|-------------------------------|-----------|---|---|
| 1 | ALEXIS | $20,388 $0 | $7,920 $0 | $0 | $0 | $0 | $28,308 $7,920 | | | Y | N |

Number of NYCHA Employees:                  Grand Total Adj. Income:         $28,242
Total Medical Deduction:        $0           Handicapped Deduction:               $0
Worksheet Total Deduction:      $480         Net Family Assets:                   $0
Net Income for Rent:            $27,762      Tenant's New Rent Payment:      $694.00
Rent Calculation Code:          (1)          Class of Rent: 30% STATUTORY RENT
Retro (Charge/Credit): (2)      Credit       Total Retro Amount:            $70.00
Retro Period Covered: 5/01/08 - 6/01/08      Rent Change Number:        2100614607

Previous BORO:

Previous Housing:

Last Date of Application:                    Date of Admission to Public Housing:

Preference for Selection:

Previous Housing:                            Former Rent:

PHA OFFICIAL'S CERTIFICATION: I certify that the information on this form has been verified, that the tenant/applicant admission/income review has been completed and that the agency accurate and complete review income certification, and that the family has certified that it has given our agency accurate and complete information.

Completed By: KENNETH MURPHY              Date: 5/19/08     Income Review Year: 08
Approved By:                              Title: HA           Date:



NEW ADMISSION ONLY

Child Care Deduction:
Additional Charges:
Utility Allowance:

# EXHIBIT I

NYCHA 150.098 (Rev. 10/06)

2attorps    6/2

Index Number    L&T 28651/07    Year 20 _____

*SO ORDERED*

*JOHN STANLEY*

# CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF _Kings_ _A_

HOUSING COURT PART _____

HON. _Stanley_

Dated: _5/20_ 20 _____

NEW YORK CITY HOUSING AUTHORITY,

_Armstrong_

against

Petitioner

Name _Julia Betances_

Address
& Apt. _____

Borough
& Development _____    Respondent

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES TO THIS PROCEEDING:

1. Petition is hereby amended to include all rents due and owing to date _____ in the sum
of $ _____    2. Final Judgment in favor of Petitioner for possession and for the sum of
$ _____    3. Warrant is stayed pursuant to the following schedule: Tenant-Respondent is to pay
to Petitioner the sum of $ _____ on or before _____

Respondent waives Petitioner's prima facie
case + waives traverse. The sole issue to
be tried is Respondent's claim for an abatement
Respondent will not challenge amount of rent
arrears based on housing court's limited subject
matter jurisdiction, but reserves rights to "grieve"
same

Upon default in any payment, stay is vacated and warrant to issue forthwith.

_____
Respondent The Legal Aid Society
by Linda Hobbs

SO ORDERED: _____

RICARDO ELIAS MORALES

By: _____

Attorney for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JULIA BETANCES,

                                                Civ. No. 08-4794 (RMB)

          Plaintiff,

     -against-

THE NEW YORK CITY HOUSING AUTHORITY,
and TINO HERNANDEZ, as Chairman of
the New York City Housing Authority,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF MICHAEL ROBINSON
## IN OPPOSITION TO PLAINTIFF'S MOTION
## FOR A PRELIMINARY INJUNCTION

**RICARDO ELIAS MORALES**
**General Counsel**
**New York City Housing Authority**
**Donna M. Murphy, Of Counsel**
**Attorney for Defendants**
**250 Broadway, 9th Floor**
**New York, New York 10007**
**(212) 776-5244**