

**The Legal Aid Society - Brooklyn Neighborhood Office**
111 LIVINGSTON STREET - 7 TH FL. BROOKLYN, N.Y. 11201 TEL: 718-722-3100 FAX: 718-722-3093 www.legal-aid.org

JUN 4 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

**Theodore A. Levine**
*President*

June 4, 2008

**Steve Banks**
*Attorney-in-Chief*

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

**CIVIL PRACTICE**
**Adriene L. Holder**
*Attorney-in-Charge*

**Emily Ruben**
**Brooklyn Neighborhood Office**
*Attorney-in-Charge*

MEMO ENDORSED

BY FAX: 212-805-6717

Re: Betances v. New York City Housing Auth. (1:08-cv-4794)
Request for additional time for TRO reply papers

Dear Judge Berman:

We are writing to request an additional two days until Monday, June 9, 2008 to submit reply papers in support of the plaintiff's request for a temporary restraining order. We have already spoken with counsel for defendant NYCHA, Donna Murphy, who has no objection to this extension.

Mr. Newton can be reached at (718) 422-2740, and Ms. Holmes can be reached at (718) 422-2769.

Sincerely,

[signature]

John Paul Newton (JP 1976)
Linda Holmes, Esq.
Attorney for Plaintiff Julia Betances

**Application granted.**

SO ORDERED:
Date: 6/4/08
[signature]
Richard M. Berman, U.S.D.J.