UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BETANCES,

                        Plaintiff      :      08 Civ. 4794 (RMB)

      - against -                   :      **ADMINISTRATIVE ORDER**

NEW YORK CITY HOUSING
AUTHORITY, et al.,

                       Defendants.    :
------------------------------------------------------------x

        The parties are hereby directed to engage in good faith settlement negotiations and to jointly report to the Court on the status of such negotiations by phone (in lieu of appearing in person) on July 16, 2008 at 11:30 a.m.

        The Court will establish a conference call by calling the parties shortly before 11:30 a.m. The parties are directed to provide the Court with updated phone numbers for counsel and principals by Tuesday, July 15, 2008 (noon).

**SO ORDERED**.

Dated: New York, New York
       July 14, 2008

                                                               _RMB_____
                                                        Richard M. Berman, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```