UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JULIA BETANCES,

        Plaintiff,

    -against-

THE NEW YORK CITY HOUSING AUTHORITY,
and TINO HERNANDEZ, as Chairman of the
New York City Housing Authority,

        Defendants.
------------------------------------------------------x

Civ. No. 08-4794 (RMB)

STIPULATION OF DISMISSAL
WITH PREJUDICE

USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 7/15/08

IT IS HEREBY STIPULATED AND AGREED among plaintiff Julia Betances, by her attorneys, The Legal Aid Society – Brooklyn Neighborhood Office, and defendants New York City Housing Authority and Tino Hernandez, by their attorney Ricardo Elias Morales, Donna M. Murphy, Of Counsel, that the above-captioned action shall be dismissed with prejudice and without costs or attorneys' fees to either party.

*Conference on 7/16/08 is adjourned. Clerk to close this case.*

Dated: New York, New York
       July 15, 2008

THE LEGAL AID SOCIETY
Brooklyn Neighborhood Office
Attorneys for Plaintiff
111 Livingston Street, 7th Floor
Brooklyn, New York 11201
Tel. No. (718) 722-3100

By: _____
    John Paul Newton (JP1976)

RICARDO ELIAS MORALES
General Counsel
Attorney for Defendants
250 Broadway, 9th Floor
New York, New York 10007
Tel. No. (212) 776-5244

By: _____
    Donna M. Murphy (DM6487)

SO ORDERED:

RMB
_____
Hon. Richard M. Berman, U.S.D.J.

7/15/08